## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | P. Michael Mahoney | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50026 - 1 | **DATE** | 6/12/2008 |
| **CASE TITLE** | USA vs. JOSHUA L. DAVIS | | |

**DOCKET ENTRY TEXT:**

Initial appearance proceedings held. Defendant appears in response to arrest. Haneef Omar appointed as counsel. Defendant informed of rights. Financial affidavit due June 19, 2008. USA moves for detention. Enter order of temporary detention. Detention hearing/Preliminary hearing set for June 17, 2008 at 10:00 am.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|