## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | P. Michael Mahoney | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50026 - 1 | **DATE** | 6/17/2008 |
| **CASE TITLE** | USA vs. JOSHUA DAVIS | | |

**DOCKET ENTRY TEXT:**

Preliminary hearing held. Court enters finding of probable cause. Detention hearing held. Enter order of detention pending trial. Status hearing set for July 2, 20008 at 10:45 am.

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:08-cr-50026   Document 4   Filed 06/17/2008   Page 1 of 1

08CR50026 - 1 USA vs. JOSHUA DAVIS                                                                 Page 1 of 1