UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No.   08 CR 50026 |
| vs. | ) Violations: Title 21, United States Code, |
| | ) Section 841(a)(1) and Title 18, United States |
| JOSHUA L. DAVIS, | ) Code, Section 922(g)(1) |
|   also known as "J.D.," and | ) |
| MARIO J. HILL, | ) |
|   also known as "Rio" | ) |

### COUNT ONE

The FEBRUARY 2008 GRAND JURY charges:

On or about June 21, 2007, at Sterling, in the Northern District of Illinois, Western Division,

JOSHUA L. DAVIS,
also known as "J.D.,"and
MARIO J. HILL,
also known as "Rio,"

defendants herein, knowingly and intentionally distributed a controlled substance, namely approximately 52.3 grams of a mixture containing cocaine base, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**FILED**

JUL 01 2008


MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

## COUNT TWO

The FEBRUARY 2008 GRAND JURY further charges:

On or about July 25, 2007, at Sterling, in the Northern District of Illinois, Western Division,

JOSHUA L. DAVIS,
also known as "J.D.,"

defendant herein, knowingly and intentionally distributed a controlled substance, namely approximately 24.8 grams of mixtures containing cocaine base, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The FEBRUARY 2008 GRAND JURY further charges:

On or about August 3, 2007, at Sterling, in the Northern District of Illinois, Western Division,

>JOSHUA L. DAVIS,
>also known as "J.D.,"

defendant herein, knowingly and intentionally distributed a controlled substance, namely approximately 60.4 grams of a mixture containing cocaine base, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The FEBRUARY 2008 GRAND JURY further charges:

On or about September 27, 2007, at Sterling, in the Northern District of Illinois, Western Division,

> JOSHUA L. DAVIS,
> also known as "J.D.,"

defendant herein, knowingly and intentionally distributed a controlled substance, namely approximately 87 grams of mixtures containing cocaine base, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

The FEBRUARY 2008 GRAND JURY further charges:

On or about June 12, 2008, at Sterling, in the Northern District of Illinois, Western Division,

JOSHUA L. DAVIS,
also known as "J.D.,"

defendant herein, knowingly and intentionally did possess with intent to distribute controlled substances, namely approximately 399.5 grams of mixtures containing cocaine and approximately 10.9 grams of mixtures containing cocaine base, Schedule II Narcotic Drug Controlled Substances, and 49.4 grams of mixtures containing methylenedioxymethamphetamine, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

The FEBRUARY 2008 GRAND JURY further charges:

On or about June 12, 2008, at Sterling, in the Northern District of Illinois, Western Division,

JOSHUA L. DAVIS,
also known as "J.D.,"

defendant herein, previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess firearms and ammunition, namely:

>  a Colt Anaconda, .44 caliber revolver handgun, bearing serial number AN05034 and six rounds of .44 caliber ammunition, and a Luger 9 mm semi-automatic handgun, bearing serial number P1310072;

which possession was in and affecting commerce in that the firearm and ammunition had previously been transported in interstate commerce;

>  In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The FEBRUARY 2008 GRAND JURY further charges:

1. The allegations contained in Count Six of this indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in the foregoing indictment,

JOSHUA L. DAVIS,
also known as "J.D.,"

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) are an a Colt Anaconda, .44 caliber revolver handgun, bearing serial number AN05034 and six rounds of .44 caliber ammunition, and a Luger 9 mm semi-automatic handgun, bearing serial number P1310072;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

7

No.: 08 CR 50026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

JOSHUA L. DAVIS & MARIO J. HILL

INDICTMENT

Violation(s): Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 922(g)(1)



A true bill,

_____
Foreman

Filed in open court this _____ day of _____ A.D. 20___

_____
Clerk

Bail, $ _____

**FILED**

JUL 01 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court