UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  08 CR 50026-01 |
| JOSHUA L. DAVIS, | ) | Judge Philip G. Reinhard |
| also known as "J.D." | ) | |

**UNITED STATES' INFORMATION TO DEFENDANT JOSHUA L. DAVIS
REGARDING PRIOR CONVICTION AND PENALTIES**

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to 21 U.S.C. § 851, notifies defendant JOSHUA L. DAVIS that the government will rely upon and prove for purposes of enhanced sentencing and penalties that defendant was convicted of the following offense:

On July 1, 1998, in case number 1998 CF 158, in the Circuit Court of Whiteside County, Illinois defendant was convicted of delivery of a controlled substance (cocaine), a felony, and was sentenced to 8 years in the Illinois Department of Corrections;

Under 21 U.S.C. § 841(b)(1)(A), if convicted of the charges contained in Counts One and Two in the present Indictment, defendant must be sentenced to at least twenty years of imprisonment, may be sentenced up to life imprisonment without release, a fine of up to $8,000,000, and placed on supervised release for at least ten years and up to life.

WHEREFORE, the United States respectfully submits this information.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

BY:_____/s_____
JOSEPH C. PEDERSEN
Assistant United States Attorney
308 West State Street - Room 300
Rockford, Illinois 61101
(815) 987-4444

## CERTIFICATE OF FILING AND SERVICE

I, JOSEPH C. PEDERSEN, certify that on July 2, 2008, in accordance with FED. R.

CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing

(ECF), the following document:

**UNITED STATES' INFORMATION TO DEFENDANT JOSHUA L. DAVIS
REGARDING PRIOR CONVICTION AND PENALTIES**

was served pursuant to the district court's ECF system as to ECF filers.

_____/s_____

JOSEPH C. PEDERSEN
Assistant United States Attorney
308 West State Street - Room 300
Rockford, Illinois 61101
815-987-4444
