## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50026 - 1 | **DATE** | 7/2/2008 |
| **CASE TITLE** | USA vs. JOSHUA DAVIS | | |

**DOCKET ENTRY TEXT:**

Arraignment held. Defendant enters plea of not guilty to indictment. Parties to hold 16.1 conference by July 9, 2008. Defendant's oral motion for time to August 7, 2008 to file pretrial motions is granted. USA's oral motion for the time of July 2, 2008 to and including August 7, 2008 to be deemed excludable under 18 USC 3161(h)(1) and (h)(1)(A) (X-E,A) is granted. Status hearing set for August 7, 2008 at 11:00 am. Defendant's motion for a mental competency evaluation is granted.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|