UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs.                      ) | No. 08 CR 50026-01 |
|                          ) | Magistrate Judge P. Michael Mahoney |
| JOSHUA L. DAVIS          ) | (Judge Philip G. Reinhard) |

### ORDER

THIS MATTER coming before the Court on July 2, 2008, and the Court being fully advised in the matter;

THE COURT HEREBY FINDS that there is reasonable cause to believe that the defendant, JOSHUA L. DAVIS may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

IT IS THEREFORE ORDERED pursuant to Title 18, United States Code, Section 4241(b) that the United State's Marshall Service shall cause a psychiatric and/or psychological examination of the defendant, JOSHUA L. DAVIS, to be conducted within thirty days of the date of this Order;

IT IS FURTHER ORDERED that pursuant to Title 18, United State's Code, Section 4247, a copy of the report of the psychiatric and/or psychological examinations of the defendant, JOSHUA L. DAVIS, shall be filed with the Court and copies provided to the defendant's counsel and to Assistant United States Attorney Joseph C. Pedersen.

ENTER:

P. MICHAEL MAHONEY
United States District Judge

Dated: 7/2/08