UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  08 CR 50026-01 |
| JOSHUA L. DAVIS, | ) | Judge Philip G. Reinhard |
| also known as "J.D." | ) | |

**UNITED STATES' AMENDED INFORMATION TO DEFENDANT JOSHUA L. DAVIS REGARDING PRIOR CONVICTION AND PENALTIES**

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to 21 U.S.C. § 851, notifies defendant JOSHUA L. DAVIS that the government will rely upon and prove for purposes of enhanced sentencing and penalties that defendant was convicted of the following offense:

On July 1, 1998, in case number 1998 CF 158, in the Circuit Court of Whiteside County, Illinois defendant was convicted of delivery of a controlled substance (cocaine), a felony, and was sentenced to 8 years in the Illinois Department of Corrections;

Under 21 U.S.C. § 841(b)(1)(A), if convicted of the charges contained in Counts One, Three and Four in the present Indictment, defendant must be sentenced to at least twenty years of imprisonment, may be sentenced up to life imprisonment without release, a fine of up to $8,000,000, and placed on supervised release for at least ten years and up to life.

Under 21 U.S.C. § 841(b)(1)(B), if convicted of the charges contained in Counts Two and Five in the present Indictment, defendant must be sentenced to at least ten years of imprisonment, may be sentenced up to life imprisonment without release, a fine of up to $4,000,000, and placed on supervised release for at least eight years and up to life.

WHEREFORE, the United States respectfully submits this information.

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

BY:       /s
                JOSEPH C. PEDERSEN
                Assistant United States Attorney
                308 West State Street - Room 300
                Rockford, Illinois 61101
                (815) 987-4444

## CERTIFICATE OF FILING AND SERVICE

I, JOSEPH C. PEDERSEN, certify that on July 22, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**UNITED STATES' AMENDED INFORMATION TO DEFENDANT JOSHUA L. DAVIS REGARDING PRIOR CONVICTION AND PENALTIES**

was served pursuant to the district court's ECF system as to ECF filers.

       /s Joseph C. Pedersen
JOSEPH C. PEDERSEN
Assistant United States Attorney
308 West State Street - Room 300
Rockford, Illinois 61101
815-987-4444