UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 08 CR 50026 |
| | ) | Judge P. Michael Mahoney |
| JOSHUA DAVIS | ) | |

DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS HEARING

JOSHUA DAVIS by Terence F. MacCarthy of the Federal Defender Program and its attorney Haneef Omar moves this court for an order continuing the status hearing scheduled for Thursday, August 7, 2008 to Thursday August 28, 2008 due to a delay in the evaluation of the Defendant.

This court granted Mr. Davis a thirty day continuance to August 7, 2008 for the preparation of a psychological report. Shortly thereafter, Mr. Davis was transported to the Metropolitan Correctional Center to be evaluated. Counsel for Mr. Davis was informed that a psychological report will not be available by August 7, 2008 as Mr. Davis has yet to be evaluated. Mr. Davis believes a continuance to August 28, 2008 will allow for the completion of the report. Counsel for Mr. Davis has spoken with counsel for the government who has no objection to the continuance.

Wherefore, Mr. Davis respectfully requests his status hearing be continued from Thursday August 7, 2008 to Thursday August 28, 2008 to allow for the completion of a psychological report.

Dated at Rockford, IL this 5th day of August 2008;

    Respectfully submitted;
    Terence F. MacCarthy for
    Joshua Davis

    __/s_____
    By Haneef Omar
    Attorney for Defendant

Federal Defender Program
202 W. State St. 600
Rockford, IL 61101
(815) 961-0800