Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50026 - 1 | **DATE** | 8/26/2008 |
| **CASE TITLE** | USA vs. JOSHUA DAVIS | | |

**DOCKET ENTRY TEXT:**

USA's agreed motion to continue status hearing is granted.  USA's motion for the time of August 7, 2008 to and including September 23, 2008  to be deemed excludable under 18 USC 3161(h)(1)(a) (X-A) is granted. Status hearing reset for September 23, 2008 at 11:15 am.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | GG |
|---|---|---|